583 A.2d 331

STATE OF NEW JERSEY, ETC. v. CUMBERLAND FARMS, INC.,
ETC. AND ON THE SPOT AUTO
AND TRUCK REPAIR, INC., ETC.

February 27, 1990.

Petition for certification denied.

583 A.2d 331

SUSAN ANN HANNA AND HOMING CORP., ETC. v. ZONING
BOARD OF ADJUSTMENT OF THE
BOROUGH OF EATONTOWN.

February 27, 1990.

Petition for certification denied.

583 A.2d 331

LAUREN KOUGH v. NEW JERSEY AUTOMOBILE FULL
INSURANCE UNDERWRITING ASSOCIATION.

February 27, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 460,
568 *A.*2d 127)